1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKE WATTERS and MARETH WATTERS,

Plaintiff,

v.

WINNEBAGO INDUSTRIES, INC., a corporation;
CATERPILLAR, INC., a corporation; JC'S RV, an
unknown business entity; NATIONAL CITY
BANK, a corporation; and DOES 1 through 50,
inclusive,

Defendant.

_____/

No. C 09-03075 WHA

**ORDER SETTING DEADLINE
FOR FILING AMENDED
CROSS-CLAIM**

Defendant and cross-claimant National City Bank has until **NOON ON DECEMBER 24,
2009,** to file it's amended cross-claim. Proof of service of the amended cross-claim must be filed
no later than **NOON ON DECEMBER 31, 2009.**

**IT IS SO ORDERED.**

Dated:  December 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE