IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKE WATTERS and MARETH WATTERS,

    Plaintiff,

v.

WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC'S RV, an unknown business entity; NATIONAL CITY BANK, a corporation; and DOES 1 through 50, inclusive,

    Defendant.

No. C 09-03075 WHA

**ORDER SETTING DEADLINE FOR FILING AMENDED CROSS-CLAIM**

Defendant and cross-claimant National City Bank has until **NOON ON DECEMBER 24, 2009,** to file it's amended cross-claim. Proof of service of the amended cross-claim must be filed no later than **NOON ON DECEMBER 31, 2009.**

**IT IS SO ORDERED.**

Dated: December 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE