IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKE WATTERS and MARETH WATTERS,

    Plaintiffs,

  v.

WINNEBAGO INDUSTRIES, INC., a corporation, CATERPILLAR, INC., a corporation, JC'S RV, an unknown business entity, NATIONAL CITY BANK, a corporation, and DOES 1 through 50, inclusive,

    Defendants.
                                      /

No. C 09-03075 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges and thanks plaintiff for its notice of settlement in the captioned matter but cautions that all deadlines need to be honored until a dismissal is filed.

    **IT IS SO ORDERED.**

Dated: December 18, 2009.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE