United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKE WATTERS and MARETH WATTERS,

    Plaintiffs,

v.

WINNEBAGO INDUSTRIES, INC., a corporation, CATERPILLAR, INC., a corporation, JC'S RV, an unknown business entity, NATIONAL CITY BANK, a corporation, and DOES 1 through 50, inclusive,

    Defendants.

No. C 09-03075 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges and thanks plaintiff for its notice of settlement in the captioned matter but cautions that all deadlines need to be honored until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: December 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE