Thomas M. Murphy - Bar No. 132283
Jeffrey L. Le Pere - Bar No. 201787
**SUTTON & MURPHY**
26056 Acero
Mission Viejo, CA 92691
Telephone: (949) 206-0550
Facsimile: (949) 206-0560
tmurphy@suttonmurphy.com
jlepere@suttonmurphy.com

Attorneys for Defendant, WINNEBAGO INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MIKE WATTERS and MARETH WATTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC'S RV, an unknown business entity; NATIONAL CITY BANK, a corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. : C09-03075 WHA<br>Assigned to Honorable William H. Alsup<br><br>**STIPULATION TO EXTEND TIME FOR WINNEBAGO INDUSTRIES, INC. TO FILE RESPONSIVE PLEADING TO NATIONAL CITY BANK'S FIRST AMENDED CROSS-COMPLAINT; AND [PROPOSED] ORDER**<br><br>Initial Complaint Filed : May 18, 2009 |

## STIPULATION

WHEREAS, in recognition of the fact that Plaintiffs, MIKE WATTERS and MARETH WATTERS ("PLAINTIFFS") have reached settlement agreements with Defendants/Cross-Defendants CATERPILLAR, INC. ("CATERPILLAR") and WINNEBAGO INDUSTRIES, INC. ("WINNEBAGO").

WHEREAS, in recognition of the fact that Cross-Claimant National City Bank has filed its First Amended Cross-Claim against WINNEBAGO, et al.

WHEREAS, in recognition of the fact that Cross-Claimant National City Bank seeks to preserve its rights for indemnification before any settlement has been fully

1  performed and preserve its right to pursue any claims against JC's RV, Inc.

2      WHEREAS, in recognition of the fact that the parties contemplated fully resolving
3  this matter in the upcoming weeks; and

4      WHEREAS, in recognition of the fact that the parties wish to avoid incurring any
5  unnecessary litigation costs;

6      **IT IS HEREBY STIPULATED** by and between the parties to this Stipulation,
7  through their respective counsel of record, that WINNEBAGO shall have until **February**
8  **10, 2010** to file any responsive pleading to National City Bank's First Amended Cross
9  Claim.

10 DATED: January 11, 2010      SUTTON & MURPHY

12      /S/

13 By: _____
     Thomas M. Murphy
14      Jeffrey L. Le Pere
     Attorneys for Defendant,
15      WINNEBAGO INDUSTRIES, INC.

16 DATED: January 11, 2010      WOLFE & WYMAN, LP

18      /S/

19 By: _____
     Stuart B. Wolfe
20      Marcus T. Brown
     Attorneys for Defendant/Cross-Claimant
21      NATIONAL CITY BANK

STIPULATION AND [PROPOSED] ORDER

**ORDER**

Pursuant to the Stipulation above, defendant, WINNEBAGO INDUSTRIES, INC. shall have until ~~February 10, 2010~~ January 25, 2010, to file any responsive pleading to National City Bank's First Amended Cross Claim.  THERE WILL BE NO FURTHER CONTINUANCES.

**IT IS SO ORDERED,**

DATED: January 11, 2010.

UNITED STATES ~~MAGISTRATE~~ JUDGE

*[Stamp: DENIED WITHOUT PREJUDICE — Judge William Alsup — United States District Court, Northern District of California]*

3

STIPULATION AND [PROPOSED] ORDER