Thomas M. Murphy - Bar No. 132283
Jeffrey L. Le Pere - Bar No. 201787
**SUTTON & MURPHY**
26056 Acero
Mission Viejo, CA 92691
Telephone: (949) 206-0550
Facsimile: (949) 206-0560
tmurphy@suttonmurphy.com
jlepere@suttonmurphy.com

Attorneys for Defendant, WINNEBAGO INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MIKE WATTERS and MARETH WATTERS, <br><br> Plaintiffs, <br><br> vs. <br><br> WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC'S RV, an unknown business entity; NATIONAL CITY BANK, a corporation; and DOES 1 through 50, inclusive <br><br> Defendants. | CASE NO. : C09-03075 WHA <br> Assigned to Honorable William H. Alsup <br><br> **STIPULATION TO EXTEND TIME FOR WINNEBAGO INDUSTRIES, INC. TO FILE RESPONSIVE PLEADING TO NATIONAL CITY BANK'S FIRST AMENDED CROSS-COMPLAINT; AND [PROPOSED] ORDER** <br><br> Initial Complaint Filed : May 18, 2009 |

## STIPULATION

WHEREAS, in recognition of the fact that Plaintiffs, MIKE WATTERS and MARETH WATTERS ("PLAINTIFFS") have reached settlement agreements with Defendants/Cross-Defendants CATERPILLAR, INC. ("CATERPILLAR") and WINNEBAGO INDUSTRIES, INC. ("WINNEBAGO").

WHEREAS, in recognition of the fact that Cross-Claimant National City Bank has filed its First Amended Cross-Claim against WINNEBAGO, et al.

WHEREAS, in recognition of the fact that Cross-Claimant National City Bank seeks to preserve its rights for indemnification before any settlement has been fully

1
STIPULATION AND [PROPOSED] ORDER

performed and preserve its right to pursue any claims against JC's RV, Inc.

WHEREAS, in recognition of the fact that the parties contemplated fully resolving this matter in the upcoming weeks; and

WHEREAS, in recognition of the fact that the parties wish to avoid incurring any unnecessary litigation costs;

**IT IS HEREBY STIPULATED** by and between the parties to this Stipulation, through their respective counsel of record, that WINNEBAGO shall have until **February 10, 2010** to file any responsive pleading to National City Bank's First Amended Cross Claim.

DATED: January 11, 2010          SUTTON & MURPHY

                                 /S/
                        By: _____
                            Thomas M. Murphy
                            Jeffrey L. Le Pere
                            Attorneys for Defendant,
                            WINNEBAGO INDUSTRIES, INC.

DATED:  January 11, 2010         WOLFE & WYMAN, LP

                                 /S/
                        By: _____
                            Stuart B. Wolfe
                            Marcus T. Brown
                            Attorneys for Defendant/Cross-Claimant
                            NATIONAL CITY BANK

# ORDER

Pursuant to the Stipulation above, defendant, WINNEBAGO INDUSTRIES, INC. shall have until ~~February 10, 2010~~ January 25, 2010, to file any responsive pleading to National City Bank's First Amended Cross Claim. THERE WILL BE NO FURTHER CONTINUANCES.

**IT IS SO ORDERED,**

DATED: January 11, 2010.  _____
UNITED STATES ~~MAGISTRATE~~ JUDGE

**DENIED WITHOUT PREJUDICE**
Judge William Alsup

---
3
STIPULATION AND [PROPOSED] ORDER