SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. DI SAIA (Bar No. 158119)
steve.disaia@sdma.com
DANIEL W. BIR (Bar No. 227918)
daniel.bir@sdma.com
JEFFREY H. IKEJIRI (Bar No. 245256)
jeffrey.ikejiri@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
CATERPILLAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MIKE WATTERS and MARETH WATTERS,<br><br>Plaintiffs,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC's RV, an unknown business entity; NATIONAL CITY BANK, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO.  C09-03075 WHA<br><br>Hon. William H. Alsup<br><br>**STIPULATION TO EXTEND TIME FOR CATERPILLAR INC. TO FILE RESPONSIVE PLEADING TO NATIONAL CITY BANK'S FIRST AMENDED CROSS-COMPLAINT; AND ORDER** |

## STIPULATION

WHEREAS, in recognition of the fact that Plaintiffs Mike Watters and Mareth Watters ("Plaintiffs") have reached settlement agreements with Defendants/Cross-Defendants Caterpillar Inc. ("Caterpillar") and Winnebago Industries, Inc.;

WHEREAS, in recognition of the fact that Cross-Claimant National City Bank has filed its First Amended Cross-Claim against Caterpillar, et al.;

WHEREAS, in recognition of the fact that Cross-Claimant National City Bank seeks to preserve its rights for indemnification before any settlement has been fully performed and preserve its right to pursue any claims against JC's RV, Inc.;

WHEREAS, in recognition of the fact that the parties contemplate fully resolving this matter in the upcoming weeks; and

WHEREAS, in recognition of the fact that the parties wish to avoid incurring any unnecessary litigation costs;

**IT IS HEREBY STIPULATED** by and between the parties to this Stipulation, through their respective counsel of record, that Caterpillar shall have until February 10, 2010 to file any responsive pleading to National City Bank's First Amended Cross Claim.

DATED: January 7, 2010          SEDGWICK DETERT MORAN & ARNOLD LLP

By: _____
Steven D. DiSaia
Daniel W. Bir
Jeffrey H. Ikejiri
Attorneys for Defendant/Cross-Defendant
CATERPILLAR INC.

DATED: January 6, 2010          WOLFE & WYMAN LLP

By: _____
Stuart B. Wolfe
Marcus T. Brown
Attorneys for Defendant/Cross-Claimant
NATIONAL CITY BANK

ORDER

Caterpillar may have to and including January 25, 2010, within which to respond to First National City Bank's first amended complaint. THERE WILL BE NO FURTHER EXTENSIONS.

Dated: January 13, 2010.

IT IS SO ORDERED
Judge William Alsup

-2-                               CASE NO. C09-03075 WHA

LA/948366v1