Thomas M. Murphy - Bar No. 132283
Jeffrey L. Le Pere - Bar No. 201787
**SUTTON & MURPHY**
26056 Acero
Mission Viejo, CA 92691
Telephone: (949) 206-0550
Facsimile: (949) 206-0560
tmurphy@suttonmurphy.com
jlepere@suttonmurphy.com

Attorneys for Defendant, WINNEBAGO INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MIKE WATTERS and MARETH WATTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC'S RV, an unknown business entity; NATIONAL CITY BANK, a corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. : C09-03075 WHA<br>Assigned to Honorable William H. Alsup<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>Initial Complaint Filed : May 18, 2009 |

TO THE HONORABLE WILLIAM H. ALSUP:

Plaintiffs, MIKE WATTERS and MARETH WATTERS and Defendants WINNEBAGO INDUSTRIES, CATERPILLAR INC. and NATIONAL CITY BANK file this Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiffs and any of the aforementioned Defendants. Accordingly, Plaintiffs and Defendants hereby stipulate that all claims or causes of action against these Defendants which were or could have been

1

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

been subject of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by party incurring the same.

DATED: January 15, 2010

LAW OFFICES OF RENE KORPER

By: _____
Rene Korper
Attorneys for Plaintiffs
MIKE WATTERS and
MARETH WATTERS

DATED: January 15, 2010

SEDGWICK, DETERT, MORAN & ARNOLD

By: _____
Daniel Bir
Jeffrey H. Ikejiri
Attorneys for Defendant/Cross-Defendant
CATERPILLAR INC.

DATED: January 15, 2010

WOLFE & WYMAN, LP

By: _____
Stuart B. Wolfe
Marcus T. Brown
Attorneys for Defendant/Cross-Claimant
NATIONAL CITY BANK

DATED: January 15, 2010

SUTTON & MURPHY

By: _____
Thomas M. Murphy, Esq.
Jeffrey L. Le Pere, Esq.
Attorneys for Defendant/Cross-Defendant
WINNEBAGO INDUSTRIES, INC.

2
STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

1 **ORDER**

Pursuant to the Stipulation above, Plaintiff's Complaint, and all causes of action are hereby dismissed with prejudice, and each party is to ~~bare~~ bear their own costs. **THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

DATED: February 10, 2010.



HONORABLE WILLIAM H. ALSUP