Thomas M. Murphy - Bar No. 132283
Jeffrey L. Le Pere - Bar No. 201787
**SUTTON & MURPHY**
26056 Acero
Mission Viejo, CA 92691
Telephone: (949) 206-0550
Facsimile: (949) 206-0560
tmurphy@suttonmurphy.com
jlepere@suttonmurphy.com

Attorneys for Defendant, WINNEBAGO INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MIKE WATTERS and MARETH WATTERS, | CASE NO. : C09-03075 WHA<br>Assigned to Honorable William H. Alsup |
| Plaintiffs, | |
| vs. | **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |
| WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC'S RV, an unknown business entity; NATIONAL CITY BANK, a corporation; and DOES 1 through 50, inclusive | |
| Defendants. | Initial Complaint Filed : May 18, 2009 |

TO THE HONORABLE WILLIAM H. ALSUP:

Plaintiffs, MIKE WATTERS and MARETH WATTERS and Defendants WINNEBAGO INDUSTRIES, CATERPILLAR INC. and NATIONAL CITY BANK file this Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiffs and any of the aforementioned Defendants. Accordingly, Plaintiffs and Defendants hereby stipulate that all claims or causes of action against these Defendants which were or could have been

1

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

1  been subject of this lawsuit are hereby dismissed with prejudice, with court costs to be

2  paid by party incurring the same.

3  DATED:   January 15, 2010

LAW OFFICES OF RENE KORPER

4

5

6  By: _____

Rene Korper

7  Attorneys for Plaintiffs

8  MIKE WATTERS and

9  MARETH WATTERS

10 DATED:   January 15, 2010

SEDGWICK, DETERT, MORAN & ARNOLD

11

12 By: _____

13 Daniel Bir

Jeffrey H. Ikejiri

14 Attorneys for Defendant/Cross-Defendant

15 CATERPILLAR INC.

16

17 DATED:   January 15, 2010

WOLFE & WYMAN, LP

18

19 By: _____

Stuart B. Wolfe

20 Marcus T. Brown

21 Attorneys for Defendant/Cross-Claimant

NATIONAL CITY BANK

22

23 DATED:   January 15, 2010

SUTTON & MURPHY

24

25

26 By: _____

Thomas M. Murphy, Esq.

27 Jeffrey L. Le Pere, Esq.

Attorneys for Defendant/Cross-Defendant

28 WINNEBAGO INDUSTRIES, INC.

2

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

## ORDER

  Pursuant to the Stipulation above, Plaintiff's Complaint, and all causes of action are hereby dismissed with prejudice, and each party is to ~~bare~~ bear their own costs.   **THE CLERK SHALL CLOSE THE FILE.**

  **IT IS SO ORDERED.**

DATED: <u>February 10, 2010.</u>



HONOR_____ H. ALSUP

---

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS