Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Marcus T. Brown (SBN 255662)
mtbrown@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
NATIONAL CITY BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE WATTERS and MARETH WATTERS,<br><br>Plaintiffs,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC'S RV, an unknown business entity; NATIONAL CITY BANK, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:09-cv-03075-WHA<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF NATIONAL CITY BANK'S CROSS-CLAIMS |
| NATIONAL CITY BANK,<br><br>Cross-Claimant,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC'S RVs, INC., a California corporation; and Does 1-100, inclusive,<br><br>Cross-Defendants. | |

COME NOW, Plaintiffs, Defendant NATIONAL CITY BANK, Defendant WINNEBAGO INDUSTRIES, INC., and Defendant CATERPILLAR, INC. (collectively, "Parties") and hereby stipulate as follows pursuant to Rule of Civil Procedure 41:

1

WHEREAS National City Bank entered settlement agreements of this Action with Winnebago Industries, Inc. and Plaintiffs;

WHEREAS National City Bank provided a notice of settlement of its amended cross-claims; and

WHEREAS the Parties have stipulated that the Plaintiffs' complaint shall be dismissed with prejudice

NOW, THEREFORE, on the condition precedent that the Court dismisses Plaintiffs' complaint with prejudice, the Parties stipulate that

1. National City Bank's amended cross-claims against Winnebago Industries, Inc. and Caterpillar, Inc., shall be dismissed with prejudice;

2. Each of the Parties shall bear its own attorney's fees and costs; and

3. National City Bank's amended cross-claims against JC's RVs, Inc. shall be dismissed without prejudice.

IT IS SO STIPULATED.

DATED: ~~January~~ , 2010    WOLFE & WYMAN ~~LLP~~
Feb. 10

By: _____
STUART B. WOLFE
MARCUS T. BROWN
**Attorneys for Defendant**
**NATIONAL CITY BANK**

DATED: January __, 2010    LAW OFFICES OF RENE KORPOR

By: _____
RENE KORPER
SOPHIE HUBSCHER
**Attorneys for Plaintiffs**
**MIKE WATTERS & MARETH WATTERS**

///
///
///
///

WHEREAS National City Bank entered settlement agreements of this Action with Winnebago Industries, Inc. and Plaintiffs;

WHEREAS National City Bank provided a notice of settlement of its amended cross-claims; and

WHEREAS the Parties have stipulated that the Plaintiffs' complaint shall be dismissed with prejudice

NOW, THEREFORE, on the condition precedent that the Court dismisses Plaintiffs' complaint with prejudice, the Parties stipulate that

1. National City Bank's amended cross-claims against Winnebago Industries, Inc. and Caterpillar, Inc., shall be dismissed with prejudice;

2. Each of the Parties shall bear its own attorney's fees and costs; and

3. National City Bank's amended cross-claims against JC's RVs, Inc. shall be dismissed without prejudice.

IT IS SO STIPULATED.

DATED: January __, 2010

WOLFE & WYMAN LLP

By:_____
STUART B. WOLFE
MARCUS T. BROWN
**Attorneys for Defendant**
**NATIONAL CITY BANK**

DATED: ~~January~~ February 4, 2010

LAW OFFICES OF RENE KORPOR

By:_____
RENE KORPER
SOPHIE HUBSCHER
**Attorneys for Plaintiffs**
**MIKE WATTERS & MARETH WATTERS**

///
///
///
///

2

STIPULATION & [~~PROPOSED~~] ORDER FOR DISMISSAL OF NATIONAL CITY BANK'S CROSS-CLAIMS

| | | |
|---|---|---|
| 1 | DATED: January 15, 2010 | SEDGWICK, DETERT, MORAN & ARNOLD |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DANIEL W. BIR |
| | | JEFFREY H. IKEJIRI |
| 5 | | **Attorneys for Defendant** |
| | | **CATERPILLAR, INC.** |
| 6 | | |
| 7 | DATED: January __, 2010 | SUTTON & MURPHY |
| 8 | | |
| 9 | | By: _____ |
| | | THOMAS M. MURPHY |
| 10 | | JEFFREY L. LE PERE |
| | | **Attorneys for Defendant** |
| 11 | | **WINNEBAGO INDUSTRIES, INC.** |

## ORDER

Based on the foregoing stipulation, finding the terms therein to be proper, and finding that Plaintiffs' Complaint has been dismissed with prejudice, the Court orders as follows:

1. National City Bank's amended cross-claims against Winnebago Industries, Inc. and Caterpillar, Inc., are hereby dismissed with prejudice;

2. Each of the Parties shall bear its own attorney's fees and costs; and

3. National City Bank's amended cross-claims against JC's RVs, Inc. shall be dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT COURT JUDGE

| | | |
|---|---|---|
| DATED: January __, 2010 | | SEDGWICK, DETERT, MORAN & ARNOLD |

By: _____
DANIEL W. BIR
JEFFREY H. IKEJIRI
Attorneys for Defendant
CATERPILLAR, INC.

DATED: January __, 2010      SUTTON & MURPHY

By: _____
THOMAS M. MURPHY
JEFFREY L. LE PERE
Attorneys for Defendant
WINNEBAGO INDUSTRIES, INC.

## ORDER

Based on the foregoing stipulation, finding the terms therein to be proper, and finding that Plaintiffs' Complaint has been dismissed with prejudice, the Court orders as follows:

1. National City Bank's amended cross-claims against Winnebago Industries, Inc. and Caterpillar, Inc., are hereby dismissed with prejudice;

2. Each of the Parties shall bear its own attorney's fees and costs; and

3. National City Bank's amended cross-claims against JC's RVs, Inc. shall be dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 10, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge William Alsup