Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Marcus T. Brown (SBN 255662)
mtbrown@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
NATIONAL CITY BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE WATTERS and MARETH WATTERS,<br><br>    Plaintiffs,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC'S RV, an unknown business entity; NATIONAL CITY BANK, a corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>NATIONAL CITY BANK,<br><br>    Cross-Claimant,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC., a corporation; CATERPILLAR, INC., a corporation; JC'S RVs, INC., a California corporation; and Does 1-100, inclusive,<br><br>    Cross-Defendants. | Case No.: 3:09-cv-03075-WHA<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF NATIONAL CITY BANK'S CROSS-CLAIMS |

COME NOW, Plaintiffs, Defendant NATIONAL CITY BANK, Defendant WINNEBAGO INDUSTRIES, INC., and Defendant CATERPILLAR, INC. (collectively, "Parties") and hereby stipulate as follows pursuant to Rule of Civil Procedure 41:

1

STIPULATION & [PROPOSED] ORDER FOR DISMISSAL OF NATIONAL CITY BANK'S CROSS-CLAIMS
H:\Matters\National City Bank (1264) (WC)\122 (Watters)\Pleadings\Stip&[prop]Ord for Dismissal.doc

1     WHEREAS National City Bank entered settlement agreements of this Action with Winnebago Industries, Inc. and Plaintiffs;

    WHEREAS National City Bank provided a notice of settlement of its amended cross-claims; and

    WHEREAS the Parties have stipulated that the Plaintiffs' complaint shall be dismissed with prejudice

    NOW, THEREFORE, on the condition precedent that the Court dismisses Plaintiffs' complaint with prejudice, the Parties stipulate that

1. National City Bank's amended cross-claims against Winnebago Industries, Inc. and Caterpillar, Inc., shall be dismissed with prejudice;

2. Each of the Parties shall bear its own attorney's fees and costs; and

3. National City Bank's amended cross-claims against JC's RVs, Inc. shall be dismissed without prejudice.

IT IS SO STIPULATED.

DATED: ~~January~~, 2010            WOLFE & WYMAN ~~LLP~~
Feb. 10

By:_____
   STUART B. WOLFE
   MARCUS T. BROWN
**Attorneys for Defendant**
**NATIONAL CITY BANK**

DATED: January \_\_, 2010            LAW OFFICES OF RENE KORPOR

By:_____
   RENE KORPER
   SOPHIE HUBSCHER
**Attorneys for Plaintiffs**
**MIKE WATTERS & MARETH WATTERS**

///
///
///
///

STIPULATION & [~~PROPOSED~~] ORDER FOR DISMISSAL OF NATIONAL CITY BANK'S CROSS-CLAIMS
H:\Matters\National City Bank (1264) (WC)\122 (Watters)\Pleadings\Stip&[prop]Ord for Dismissal.doc

WHEREAS National City Bank entered settlement agreements of this Action with Winnebago Industries, Inc. and Plaintiffs;

WHEREAS National City Bank provided a notice of settlement of its amended cross-claims; and

WHEREAS the Parties have stipulated that the Plaintiffs' complaint shall be dismissed with prejudice

NOW, THEREFORE, on the condition precedent that the Court dismisses Plaintiffs' complaint with prejudice, the Parties stipulate that

1. National City Bank's amended cross-claims against Winnebago Industries, Inc. and Caterpillar, Inc., shall be dismissed with prejudice;

2. Each of the Parties shall bear its own attorney's fees and costs; and

3. National City Bank's amended cross-claims against JC's RVs, Inc. shall be dismissed without prejudice.

IT IS SO STIPULATED.

DATED: January __, 2010          WOLFE & WYMAN LLP

By:_____
STUART B. WOLFE
MARCUS T. BROWN
Attorneys for Defendant
NATIONAL CITY BANK

DATED: ~~January~~ February 4, 2010          LAW OFFICES OF RENE KORPOR

By:_____
RENE KORPER
SOPHIE HUBSCHER
Attorneys for Plaintiffs
MIKE WATTERS & MARETH WATTERS

///
///
///
///

STIPULATION & [~~PROPOSED~~] ORDER FOR DISMISSAL OF NATIONAL CITY BANK'S CROSS-CLAIMS



DATED: January 15, 2010                    SEDGWICK, DETERT, MORAN & ARNOLD

By:_____
DANIEL W. BIR
JEFFREY H. IKEJIRI
**Attorneys for Defendant**
**CATERPILLAR, INC.**

DATED: January __, 2010                    SUTTON & MURPHY

By:_____
THOMAS M. MURPHY
JEFFREY L. LE PERE
**Attorneys for Defendant**
**WINNEBAGO INDUSTRIES, INC.**

## ORDER

Based on the foregoing stipulation, finding the terms therein to be proper, and finding that Plaintiffs' Complaint has been dismissed with prejudice, the Court orders as follows:

1. National City Bank's amended cross-claims against Winnebago Industries, Inc. and Caterpillar, Inc., are hereby dismissed with prejudice;

2. Each of the Parties shall bear its own attorney's fees and costs; and

3. National City Bank's amended cross-claims against JC's RVs, Inc. shall be dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____                    _____
                                          UNITED STATES DISTRICT COURT JUDGE

3
STIPULATION & [PROPOSED] ORDER FOR DISMISSAL OF NATIONAL CITY BANK'S CROSS-CLAIMS
H:\Matters\National City Bank (1264) (WC)\122 (Watters)\Pleadings\Stip&[prop]Ord for Dismissal.doc

| | | |
|---|---|---|
| 1 | DATED: January __, 2010 | SEDGWICK, DETERT, MORAN & ARNOLD |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DANIEL W. BIR<br>JEFFREY H. IKEJIRI |
| 5 | | Attorneys for Defendant<br>CATERPILLAR, INC. |
| 6 | | |
| 7 | DATED: January __, 2010 | SUTTON & MURPHY |
| 8 | | |
| 9 | | By: _/s/ Thomas M. Murphy_____ |
| 10 | | THOMAS M. MURPHY<br>JEFFREY L. LE PERE |
| 11 | | Attorneys for Defendant<br>WINNEBAGO INDUSTRIES, INC. |

### ORDER

Based on the foregoing stipulation, finding the terms therein to be proper, and finding that Plaintiffs' Complaint has been dismissed with prejudice, the Court orders as follows:

1. National City Bank's amended cross-claims against Winnebago Industries, Inc. and Caterpillar, Inc., are hereby dismissed with prejudice;

2. Each of the Parties shall bear its own attorney's fees and costs; and

3. National City Bank's amended cross-claims against JC's RVs, Inc. shall be dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 10, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge William Alsup